FILED IN
COURT OF CRIMINAL APPEALS

November 3, 2015

ABEL ACOSTA, CLERK

PD-1291-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/2/2015 6:53:21 PM
Accepted 11/3/2015 2:23:13 PM
ABEL ACOSTA
CLERK

**PD-1291-15**

# IN THE COURT OF CRIMINAL APPEALS
## FOR THE
## STATE OF TEXAS

**EX PARTE**

### Appeals No. 03-14-00669-CR

**JUSTIN RIVER CARTER**

### ONE DAY MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, CHAD VAN BRUNT, counsel for JUSTIN RIVER CARTER, and files this motion asking that the Court extend the time for filing the Appellant's petition for discretionary review, and in support thereof, offers the following:

I.

a. This case is a Habeas Corpus from the 207th District Court of Comal County, Texas.

b. The style and number of the cases in the trial court are *The State of Texas v. JUSTIN RIVER CARTER*, Cause Number CR2013-159.

c. The style and number of the case in the Third Court of Appeals are *Ex Parte Justin River Carter*, Appeal Number 03-14-00669-CR.

d. The Third Court of Appeals affirmed Appellant's Writ of Habeas

Corpus in an upublished opinion on August 31, 2015.

e.    The present deadline for filing the Appellant's Petition for Discretionary Review is September 30, 2015.

f.    The Appellant seeks an extension of time of 1 days, suggesting a new due date of November 2, 2015.

g.    This is the Appellant's first request for an extension of time to file the Appellant's petition for discretionary review.

## II.

This extension is not sought for the purpose of delaying this appeal, but for the following reasons:

Counsel for Mr. Carter filed this Petition on October 31, 2015 at 12:11am. Eleven minutes passed the deadline of October 30, 2015. The delay was due to a computer error.

## III.

A criminal appellant, just like a criminal defendant at trial, is entitled to the adequate and effective assistance of counsel. *Evitts v. Lucey*, 469 U.S. 387, 396 (1985); *Ward v. State*, 740 S.W. 2d 794 (Tex.Crim.App. 1987). In order to be able to accurately identify and effectively brief all the potential issues presented in this case, counsel for Appellant needs additional time to review the record and conduct the necessary research to adequately prepare Appellant's Petition for Discretionary Review. This request is made pursuant to Tex. R. App. P. 68.2 (c).

IV.

Therefore, for the above reasons, Counsel for Appellant prays that the Court grant an extension of time to November 2, 2015, for filing of the Appellant's Petition for Discretionary Review.

Respectfully Submitted,

__/S/_____
CHAD VAN BRUNT
SBN: 24070784
310 S. St. Mary's Street
Suite 1840
San Antonio, Texas 78205
(210) 339-8669 Telephone
Attorney for Appellant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Motion for Extension has been delivered to the Jennifer Tharp, Comal County District Attorney's Office, 150 N. Seguin, Suite 307, New Braunfels, Texas 78130, on November 2, 2015.

__/S/_____
CHAD VAN BRUNT